DENNIS K. BURKE
United States Attorney
District of Arizona

MICHAEL T. MORRISSEY
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Arizona State Bar No. 012531
Telephone (602) 514-7500
mike.morrissey@usdoj.gov

**SEALED**

FILED ___ LODGED
✓ RECEIVED ___ COPY

JAN 1 3 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Elton Simpson,<br><br>Defendant. | CR'10 055 PHX MHM DKD<br>CR-<br><br>**MOTION TO SEAL INDICTMENT** |

The United States of America, by and through counsel undersigned, moves this Court, pursuant to Fed. R. Crim. P. 6(e)(4), for an Order sealing the Indictment and this motion and order filed in this matter on the grounds that the investigation is ongoing and disclosure would jeopardize the investigation and not be in the best interest of justice. Said indictment is to remain sealed until further order of the Court.

Excludable delay under 18 U.S.C. § 3161(h) will not occur as a result of this motion and order based thereon.

Respectfully submitted this 13th day of January, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona

*/s/ Michael T. Morrissey*
MICHAEL T. MORRISSEY
Assistant U.S. Attorney