**SEALED**

```
_✓_ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      JAN 13 2010

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CR 10 055 PHX MHM DKD

**INDICTMENT**

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>  v.<br><br>Elton Simpson,<br><br>      Defendant. | VIO: 18 U.S.C. § 1001(a)(2)<br>(False Statement) |

THE GRAND JURY CHARGES:

On or about January 7, 2010, in the District of Arizona, defendant ELTON SIMPSON did knowingly and willfully make a materially false, fraudulent and fictitious statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: the Federal Bureau of Investigation ("FBI"), which statement involved international and domestic terrorism, in that defendant falsely stated to Special Agents of the FBI that he had not discussed traveling to Somalia, when in fact defendant had discussed with others, on or about May 29, 2009 and thereafter, traveling to Somalia for the purpose of engaging in violent jihad.

//

//

In violation of Title 18, United States Code, Section 1001(a)(2).

A TRUE BILL

s/
FOREPERSON OF THE GRAND JURY
Date: January 13, 2010

DENNIS K. BURKE
United States Attorney
District of Arizona

s/
Michael T. Morrissey
Assistant United States Attorney