# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

### *EXHIBIT LIST -- CRIMINAL*

FILED ✓   LODGED ___
RECEIVED ___   COPY ___
OCT 2 7 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

__X__ Jury Trial

USA v. Simpson, Elton
<sub>Last, First, Middle</sub>

CR  10-055-PHX-MHM
<sub>Year-Case Nr-Deft Nr-Judge</sub>

__✓__ GOVERNMENT            ____ DEFENDANT

| EXHIBIT NO. | DATE MARKED FOR EVIDENCE | DATE ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 1. | | 10/26/10 | Recording 7/31/07 |
| 2 | | 10/26/10 | Recording 5/29/09 |
| 3 | | 10/26/10 | Recording 6/17/09 |
| 4 | | 10/26/10 | Recording 10/23/09 |
| 5 | | 10/26/10 | Recording 11/07/09 |
| 6 | Withdrawn by gov't | 10/26/10 | Recording 4/2/07 |
| 7 | oral mtn on 10/29/10 | | Video 1/6/08 |
| 8 | | 10/27/10 | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |