UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST - CRIMINAL

/___/ Motion to Suppress   /X/ Non-Jury Trial   /___/ Jury Trial   Judge Code: 7027

**USA vs. ELTON SIMPSON**          CR-10-055-PHX-MHM

/___/ GOVERNMENT                    /X/ DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 100 | | 10/27/10 | Map of Africa |
| 101 | | | Grand Jury Transcript - 1/13/2010 |
| 102 | | | Detention Hearing Transcript - 1/19/2010 |
| 103 | | | FD-302 - Interview of Elton Simpson on 1/7/2010 |
| 104 | | | Working Copy FBI Report - Interview of Elton Simpson on 3/8/2007 |
| 105 | | | Working Copy FBI Report - Interview of Dunston Simpson on 1/7/2010 |
| 106 | | | FBI Summary Report for 7/4/2007 (Bates 203) |
| 107 | | | CD - Body Wire Audio Recording 7/4/2007 |
| 108 | | | FBI Summary Report for 7/31/2007 (Bates 208) |
| 109 | | | FBI Summary Report for 8/10/2007 (Bates 211-212) |
| 110 | | | CD - Body Wire Audio Recording for 8/10/2007 |
| 111 | | | FBI Summary Report for 3/12/2009 (Bates 388-389) |
| 112 | | | CD - Body Wire Audio Recording for 3/12/2009 |

FILED
OCT 27 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 113 | | | **FBI Summary Report for 5/29/2009** (Bates 399-400) |
| 114 | | | **FBI Summary Report for 6/5/2009** (Bates 401-402) |
| 115 | | | **CD - Body Wire Audio Recording for 6/5/2009** |
| 116 | | | **FBI Summary Report for 6/17/2009** (Bates 405-406) |
| 117 | | | **FBI Summary Report for 6/23/2009** (Bates 407-408) |
| 118 | | | **CD - Body Wire Audio Recording for 6/23/2009** |
| 119 | | | **FBI Summary Report for 10/22/2009** (Bates 432-433) |
| 120 | | | **FBI Summary Report for 10/23/2009** (Bates 427-428) |
| 121 | | | **FBI Summary Report for 11/6/2009** (Bates 436-437) |
| 122 | | | **CD - Body Wire Audio Recording for 11/6/2009** |
| 123 | | | **FBI Summary Report for 11/7/2009** (Bates 438-439) |
| 124 | | | **Defendant's U.S. Passport** |
| 125 | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Rev. 9/23/99